JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:25-cv-01660-SSS-SK | Date | September 3, 2025 |
|---|---|---|---|
| Title | *Alidad Alibaba Ahadpour v. Department of Homeland Security* | | |

Present: The Honorable **SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE**

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING ACTION WITHOUT PREJUDICE**

On July 2, 2025, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody. [Dkt. 1]. On July 21, 2025, Petitioner filed a Request to Proceed in Forma Pauperis ("IFP request"). [Dkt. 5].

On July 22, 2025, the Court issued an order requiring a response to the Petition. [Dkt. 4]. On August 4, 2025, the order was returned to the Court as undeliverable because Petitioner was "no longer at the address" and because the institution was "unable to forward" the order. [Dkt. 8].

In the interim, on July 24, 2025, the Court postponed a ruling on the IFP request and granted Petitioner an extension of 30 days to provide an authorized certificate as to the amount of money and securities in his account or to pay the $5 filing fee. [Dkt. 6]. The Court warned Petitioner that the failure to comply with these instructions within 30 days would result in the dismissal of this action without prejudice. *Id.*

As of this date, more than 30 days later, Petitioner has not complied with the Court's order, has not provided a forwarding address, and has not otherwise

communicated with the Court.  Accordingly, this action is **DISMISSED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.**